WIGGINS, Respondent, v. ALDERMAN, Appellant. (Supreme Court, General Term, Fifth Department. March Term, 1895.) Action by Dennis B. Wiggins against Frank N. Alderman. No opinion. Order affirmed, with $10 costs and disbursements.

WILLIAMS v. DODGE. (Common Pleas of New York City and County, General Term. December 2, 1895.) Action by Fred H. Williams against Charles C. Dodge. No opinion. Motion for reargument denied, with $10 costs. That the point referred to upon this motion was not overlooked very clearly appears from the opinion, where it is referred to and discussed. See 34 N. Y. Supp. 468.

WINCH, Plaintiff, v. THIRD AVE R. CO., Defendant. (Common Pleas of New York City and County, General Term. December 2, 1895.) Action by Charles A. Winch against the Third Avenue Railroad Company. Motion

for reargument or for leave to appeal to the court of appeals. See 33 N. Y. Supp. 615.

PER CURIAM. That the plaintiff was guilty of contributory negligence is conclusively established by the adjudication of the court of appeals in Scott v. Railroad Co., 130 N. Y. 679, 29 N. E. 289. The court did not overlook the rule that if defendant could, by the exercise of ordinary care, have prevented the accident, plaintiff was, notwithstanding his own negligence, entitled to recover; but we held that the case is not within the rule, because there was no proof that the defendant could, by the exercise of ordinary care, have avoided the collision complained of. Motion denied, with $10 costs.

WINTERSON, Respondent, v. HITCHINGS et al., Appellants. (Common Pleas of New York City and County, General Term. December 2, 1895.) Action by Maria L. Winterson against Hector M. Hitchings and another. Motion for resettlement of judgment rendered at general term. See 34 N. Y. Supp. 183.

PER CURIAM. The entry of judgment in accordance with the opinion of the court at general term was advisedly remanded to the special term. A dispute may arise between the parties with regard to the amount which the plaintiff should be directed to pay as a condition of granting her the equitable relief demanded, and such a dispute can more satisfactorily be determined at special term. Motion denied, without costs.

WISS, Respondent, v. BUFFALO, R. & P. RY. CO., Appellant. (Supreme Court, General Term, Fifth Department. October 16, 1895.) Action by Millicent U. Wiss against the Buffalo, Rochester & Pittsburg Railway Company. No opinion. Judgment and order affirmed.

ZURICH, Respondent, v. MILLS et al., Appellants. (Supreme Court, General Term, Fifth Department. October 16, 1895.) Action by Samuel Zurich against Thomas Mills and another. No opinion. Judgment of county court affirmed.